**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA R. FINLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. 15-cv-03321 CRB<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION AND GRANTING IFP APPLICATION & DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　　　The Court has reviewed Magistrate Judge Ryu's Report and Recommendation to Grant the IFP Application and Dismiss this Case for Lack of Subject Matter Jurisdiction (dkt. 6), to which no opposition has been filed.  The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect.  Accordingly, Plaintiff's Application to Proceed In Forma Pauperis (dkt. 2) is GRANTED, and the Complaint (dkt. 1) is DISMISSED for lack of subject matter jurisdiction.

　　　　**IT IS SO ORDERED.**

Dated: August 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2015\3321\Order re R&R.wpd